UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Daniel RODRIGUEZ,<br><br>Defendant. | Case No.: **21-MJ-0737**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about February 25, 2021, within the Southern District of California, Daniel RODRIGUEZ, did knowingly and intentionally import approximately 120.2 grams (.22 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Raul Rodriguez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th of February 2021.

_William V. Gallo_
_____
HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On February 25, 2021, at approximately 12:01 AM, Daniel RODRIGUEZ, ("RODIGUEZ"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry pedestrian lanes.

A Customs and Border Protection Officer received two negative Customs declarations from RODRIGUEZ. RODRIGUEZ stated he was crossing the border to go to Spring Valley, California. The CBPO noticed signs of nervousness as RODRIGUEZ's hand was shaking and RODRIGUEZ had slurred speech. The CBPO conducted an immediate pat down for weapons and saw a bulge around his groin area. The CBPO referred RODRIGUEZ to secondary for further inspection.

Further inspection of RODRIGUEZ resulted in the discovery of one package concealed on RODRIGUEZ's person, with a total approximate weight of 120.20 grams (.22 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

RODRIGUEZ was placed under arrest at approximately 3:00 AM.

During a post-Miranda interview, RODRIGUEZ admitted that he was smuggling the narcotics into the United States to sell. RODRIGUEZ claimed to be bringing the narcotics to Spring Valley, California. RODRIGUEZ stated that he

1

smuggled the same amount of drugs into the United States from Mexico on two different occasions and made about $550 from the sales.

RODRIGUEZ was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.