**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 21-cr-00952-GPC |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony) |
| DANIEL RODRIGUEZ, | |
| Defendant. | |

The Acting United States Attorney charges:

On or about February 25, 2021, within the Southern District of California, defendant, DANIEL RODRIGUEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 03/24/2021 .

RANDY S. GROSSMAN
Acting United States Attorney

*Kiriaki Grammenidis*
KIRIAKI GRAMMENIDIS
Assistant U.S. Attorney

KIGR:sc:3/24/2021